```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF RHODE ISLAND
_____
                                   )
A.J. AMER AGENCY, INC.,            )
                                   )
          Plaintiff,               )
                                   )
     v.                            )    C.A. No. 12-351 S
                                   )
ASTONISH RESULTS, LLC,             )
                                   )
          Defendant.               )
_____)
```

### ORDER

WILLIAM E. SMITH, Chief Judge.

On May 23, 2014, United States Magistrate Patricia A. Sullivan issued a Report and Recommendation (ECF No. 62) recommending that Defendant Astonish Results, LLC's ("Astonish") Motion for Partial Summary Judgment be granted in part and denied in part, and further recommending that Plaintiff A.J. Amer Agency, Inc.'s ("Amer") Cross-Motion for Summary Judgment be denied.  Amer initially filed an objection to the R&R (ECF No. 63), but has since withdrawn that objection and consented to the entry of judgment consistent with Magistrate Judge Sullivan's recommendation (ECF No. 66).  Because this Court agrees with Judge Sullivan's analysis, it hereby accepts the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1). Defendant Astonish's Motion for Partial Summary Judgment is

GRANTED IN PART and DENIED IN PART.  Amer's Cross-Motion for Summary Judgment is DENIED.

IT IS SO ORDERED.

/s/ William E. Smith
_____
William E. Smith
Chief Judge
Date: July 10, 2014